UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Crim. Action No. 15-0012 (ABJ) |
| KEVIN BERTRAM, | ) |
| Defendant. | ) |

## ORDER

Pursuant to 28 U.S.C. § 2255, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [Dkt. # 24] is **DENIED**.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE: September 19, 2016